# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-14737-AMC

MICHAEL D JONES JR

46 NEEDLEPINE LANE

LEVITTOWN, PA 19054-4000

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    MICHAEL D JONES JR

    46 NEEDLEPINE LANE

    LEVITTOWN, PA 19054-4000

**Counsel for debtor(s), by electronic notice only.**
    JON M ADELSTEIN ESQ
    PENNS COURT
    350 S MAIN ST, SUITE 105
    DOYLESTOWN, PA 18901-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 9/7/2017

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee