# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-14737-AMC

MICHAEL D JONES JR

46 NEEDLEPINE LANE

LEVITTOWN, PA 19054-4000

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MICHAEL D JONES JR

    46 NEEDLEPINE LANE

    LEVITTOWN, PA 19054-4000

Counsel for debtor(s), by electronic notice only.

    JON M ADELSTEIN ESQ
    350 S MAIN ST, SUITE 105

    DOYLESTOWN, PA 18901-

Date: 1/11/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee