# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael D. Jones Jr.<br>Jennifer E. Jones<br>　　　　　　　　Debtors | CHAPTER 13 |
| RoundPoint Mortgage Servicing Corporation, its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs. | NO. 17-14737 AMC |
| Michael D. Jones Jr.<br>Jennifer E. Jones<br>　　　　　　　　Debtors<br><br>William C. Miller Esq.<br>　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of RoundPoint Mortgage Servicing Corporation, which was filed with the Court on or about **September 19, 2017.** Document No. 19.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**/s/Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　kmcdonald@kmllawgroup.com
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　215-627-1322

June 21, 2018