UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MICHAEL D. JONES, JR. | : | CHAPTER 13 |
| DEBTOR | : | BKY NO. 17-14737 |

## CERTIFICATE OF NO OBJECTION

Jon M. Adelstein, Esquire, hereby certifies that he has not been served with any objections to the Application for Compensation within the time limits set forth in the Notice.

/s/Jon M. Adelstein
Jon M. Adelstein, Esquire
Adelstein & Kaliner, LLC
350 S. Main Street – Suite 105
Doylestown, PA 18901
(215) 230-4250