UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: MICHAEL D. JONES, JR.           BKY NO 17-14737
     DEBTOR                      :     CHAPTER 13

### ORDER GRANTING COMPENSATION AND REIMBURSEMENT

**AND NOW**, this _____ day of _____, 2018 upon consideration of the Application for Compensation filed by Adelstein & Kaliner, LLC in this case, it is hereby

**ORDERED**, that Adelstein & Kaliner, LLC is permitted to receive the sum of $ 5,130.00 as reasonable compensation for services rendered and $ 358 as reimbursement of out- of-pocket expenses incurred in this case.

**Date: September 26, 2018**

_____
Ashely M. Chan
Bankruptcy Judge