United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14737-amc
Michael D. Jones, Jr.                                                   Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: John              Page 1 of 1              Date Rcvd: Sep 26, 2018
                                Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
db             +Michael D. Jones, Jr.,    46 Needlepine Lane,    Levittown, PA 19054-3808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 27 2018 02:30:10     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JON M. ADELSTEIN    on behalf of Debtor Michael D. Jones, Jr. jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              KEVIN G. MCDONALD    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: MICHAEL D. JONES, JR.    BKY NO 17-14737
  DEBTOR   :   CHAPTER 13

ORDER GRANTING COMPENSATION AND REIMBURSEMENT

AND NOW, this _____ day of _____, 2018 upon consideration of the Application for Compensation filed by Adelstein & Kaliner, LLC in this case, it is hereby

ORDERED, that Adelstein & Kaliner, LLC is permitted to receive the sum of $ 5,130.00 as reasonable compensation for services rendered and $ 358 as reimbursement of out- of-pocket expenses incurred in this case.

**Date: September 26, 2018**

_____
Ashely M. Chan
Bankruptcy Judge