United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 17-14737-amc
Michael D. Jones, Jr.                                                               Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 23, 2020 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14019599 | + RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020                    Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JON M. ADELSTEIN | on behalf of Debtor Michael D. Jones  Jr. jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com |
| KEVIN G. MCDONALD | on behalf of Creditor Roundpoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Roundpoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                     User: Adminstra                          Page 2 of 2
Date Rcvd: Dec 23, 2020                  Form ID: trc                         Total Noticed: 1
TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-14737-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael D. Jones, Jr.
46 Needlepine Lane
Levittown PA 19054-4000

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case
by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of
Claim Other than for Security in the clerk's office of this court on 12/22/2020.

Name and Address of Alleged Transferor(s):

Claim No. 3: RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd,
Suite 200, Charlotte, NC 28217

Name and Address of Transferee:

Freedom Mortgage Corporation
10500 Kincaid Drive
Fishers, IN 46037-9764

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court
within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the
court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/25/20

Tim McGrath
**CLERK OF THE COURT**