Certificate Number: 02921-PAE-DE-036646697

Bankruptcy Case Number: 17-14737



02921-PAE-DE-036646697

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 27, 2022</u>, at <u>7:25</u> o'clock <u>PM EDT</u>, <u>Michael Jones</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Counseling Center</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>June 28, 2022</u>         By:    <u>/s/Paula Powers-Watts</u>

Name:  <u>Paula Powers-Watts</u>

Title:  <u>counselor</u>