United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-14737-amc |
| Michael D. Jones, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 12, 2022 | Form ID: 138OBJ | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael D. Jones, Jr., 46 Needlepine Lane, Levittown, PA 19054-3808 |
| 14613865 | + | Freedom Mortgage, c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 13950561 | + | JenniferE. Jones, 46 Needlepoint Lane, Levittown, PA 19054-3808 |
| 13950562 | | Phelan, Hallina, Diamond & Jones, LLP, One Penn Center, 1617 JKK Boulevard, Suite 1100, Philadelphia, PA 19103 |
| 13950563 | | RoundPoint Mortgage Servicing Corporatio, PO Box 674150, Dallas, TX 75267-4150 |
| 14019599 | + | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |
| 13962848 | + | Roundpoint Mortgage Servicing Corporation, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |
| 13950565 | + | Wells Fargo Bank, P. O. Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 13 2022 01:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2022 01:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14613866 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 13 2022 01:02:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14571014 | | Email/Text: Bankruptcy@Freedommortgage.com | Oct 13 2022 01:02:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 13991713 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2022 01:12:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13950564 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 13 2022 01:02:00 | Toyota Financial Services, P. O. Box 371339, Pittsburgh, PA 15250-7339 |
| 14009684 | | Email/PDF: bncnotices@becket-lee.com | Oct 13 2022 01:12:44 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13950565 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 13 2022 01:12:50 | Wells Fargo Bank, P. O. Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: 138OBJ | Total Noticed: 15 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2022             Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Roundpoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JON M. ADELSTEIN | on behalf of Debtor Michael D. Jones  Jr. jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Roundpoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Michael D. Jones, Jr.

Debtor(s)

Case No: 17−14737−amc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/12/22

69 − 68
Form 138OBJ